

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2020

No. 04-20-00376-CV

**UNITED INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**IMPACTO MEDIA, INC.,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellee's Opposed Motion to Extend Deadline to File Appellee's Brief is GRANTED. Appellee's brief is due <u>no later than October 2, 2020</u>. No further extensions of time will be considered absent extenuating circumstances.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court